*Filed in Open Court 5/30/06 KJK*

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
|                                  ) | |
|           Plaintiff,             ) | |
|                                  ) | |
|                                  )  | CASE NO. **06-70M-MPT** |
|     vs.                          ) | |
|                                  ) | |
| **Tomas Lucas-Ignacio**          ) | |
|                                  ) | |
|           Defendant.             ) | |

### O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **30**th day of **MAY**, 2006,

ORDERED that **Penny Marshall, Esq.** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney



FILED
MAY 3 0 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE