IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 06- 64 |
| | ) | |
| TOMAS LUCAS-IGNACIO, | ) | |
| | ) | |
| Defendant. | ) | REDACTED |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count I

On or about May 22, 2006, in the District of Delaware, Tomas Lucas-Ignacio, the defendant, an alien and subject of Guatemala, who had been deported from the United States on or about July 8, 1999, March 1, 2001, and April 4, 2003, was found in the United States and the defendant was knowingly in the United States, and prior to the defendant's re-embarkation at a place outside the United States, neither the Attorney General of the United States nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's re-application for admission, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:


Foreperson

COLM F. CONNOLLY
United States Attorney

By:
Edmond Falgowski
Assistant United States Attorney

Dated: 6 - 6 - 06