IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-64-JJF |
| TOMAS LUCAS-IGNACIO, | : | |
| Defendant. | : | |

O R D E R

WHEREAS, the Court received a Memorandum Of Plea Agreement in the above-captioned case (D.I. 10);

IT IS HEREBY ORDERED that:

1. A Rule 11 hearing will be held on **Thursday, July 13, 2006, at 11:00 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between the date of this Order and July 13, 2006 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

June 27, 2006
DATE

UNITED STATES DISTRICT JUDGE